STEVEN F. GRUEL
California State Bar No. 213148
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone Number (415) 533-6973
attystevengruel@sbcglobal.net
www.gruellaw.com

Attorney for **BABAK BROUMAND**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-0369 |
| Plaintiff/Appellee, | (C. Dist. No. 20-cr-224-RGK) |
| v. | FRAP 42(b)(2) Appeal |
| BABAK BROUMAND, | |
| Defendant/Appellant. | MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE CRIMINAL APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant hereby moves the Court for an order dismissing the above captioned criminal appellate case with preudice. The basis for this voluntary dismissal of which the Defendant / Appellant consents is that the parties have reached a global resolution of Defendant's pending federal criminal case in the Northern District

1

of California (United States v. Babak Broumand, CR-21-00162-WHO) which includes the dismissal of this pending appeal.

    The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: September 8, 2025              /s/ *Steven F. Gruel*
                                               Steven F. Gruel, Esq.
                                               Attorney for Babak Broumand