UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BABAK BROUMAND,<br><br>Defendant - Appellant. | No. 23-369<br><br>D.C. No. 2:20-cr-00224-RGK-1<br>Central District of California, Los Angeles<br><br>ORDER |

The motion (Docket Entry No. 26) for voluntary dismissal is denied because it does not comply with Circuit Rule 27-9.1.

Any future motion for voluntary dismissal must include appellant's written consent or counsel's explanation why consent was not obtained. *See* 9th Cir. R. 27-9.1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT